IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ORLANDO MONTES,**

    Plaintiff,

v.                                                                           16-cv-0126 LAM/SMV

**PINNACLE PROPANE, L.L.C.,**
**ALLEN SULTEMEIER, COUNTY OF LINCOLN,**
**LINCOLN COUNTY FAIR ASSOCIATION,**
**and JOHN DOES I-II,**

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      March 22, 2016, at 1:30 p.m.

**Matter to be heard**:    Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **March 22, 2016, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.