IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ORLANDO MONTES,**

    Plaintiff,

v.                                                                  **16-cv-0126 JCH/SMV**

**PINNACLE PROPANE, L.L.C.;**
**ALLEN SULTEMEIER; COUNTY OF LINCOLN;**
**LINCOLN COUNTY FAIR ASSOCIATION;**
**and JOHN DOES I-II;**

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the letter submitted by Plaintiff's counsel dated May 17, 2016. Plaintiff indicates that Defendant Lincoln County Fair Association has failed to produce its initial disclosures, which were due no later than May 10, 2016, [Doc. 15] at 4.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant Lincoln County Fair Association show cause why it should not be sanctioned for failing to comply with the Initial Scheduling Order [Doc. 15] by producing its initial disclosures no later than May 10, 2016. A written response is due no later than **12:00 p.m., noon, on Friday, May 27, 2016**.

    IT IS SO ORDERED.

                                                                               **STEPHAN M. VIDMAR**
                                                                               **United States Magistrate Judge**