# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ORLANDO MONTES,**

    **Plaintiff,**

**v.**                                                                 **16-cv-0126 JCH/SMV**

**PINNACLE PROPANE, L.L.C.;**
**ALLEN SULTEMEIER; COUNTY OF LINCOLN;**
**LINCOLN COUNTY FAIR ASSOCIATION;**
**and JOHN DOES I-II;**

    **Defendants.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      December 1, 2016, at 9:30 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **December 1, 2016, at 9:30 a.m.**  To connect to the proceedings, counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538**. Parties shall be prepared to discuss whether to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                   _____

                                   **STEPHAN M. VIDMAR**
                                   **United States Magistrate Judge**