IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ORLANDO MONTES,**

    Plaintiff,

v.                                                                                                     16-cv-0126 JCH/SMV

**PINNACLE PROPANE, L.L.C.;**
**ALLEN SULTEMEIER; COUNTY OF LINCOLN;**
**LINCOLN COUNTY FAIR ASSOCIATION;**
**and JOHN DOES I-II;**

    Defendants.

## ORDER SETTING MOTIONS HEARING

**Location:**            Organ Courtroom
                           United States Courthouse
                           100 N. Church Street
                           Las Cruces, New Mexico

**Date and time**:      Monday, September 12, 2016, at 9:00 a.m.

**Matters to be heard**: Plaintiff's Amended Motion to Compel Defendant Sultemeier [Doc. 75]
                                 Plaintiff's Motion to Compel Defendant Pinnacle Propane [Doc. 79]
                                 Defendant County of Lincoln's Motion to Stay [Doc. 95]
                                 Defendant Pinnacle Propane's Motion to Compel [Doc. 96]

        **IT IS ORDERED** that an in-person hearing on is set on the listed motions. The hearing is set for **Monday, September 12, 2016, at 9:00 a.m.** in the Organ Courtroom in the United States Courthouse at 100 N. Church Street, Las Cruces, New Mexico.

        **IT IS SO ORDERED.**

                                                                          **STEPHAN M. VIDMAR**
                                                                          **United States Magistrate Judge**