IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ORLANDO MONTES, as Personal Representative
of Viola Montes and individually,

      Plaintiff,

v.                                         16-cv-0126-JCH/SMV

PINNACLE PROPANE, LLC;
ALLEN SULTEMEIER; COUNTY OF LINCOLN by
and through its County Commission;
LINCOLN COUNTY FAIR ASSOCIATION, a not for profit
Corporation; JOHN DOES I-II,
Defendants.

## ORDER EXCUSING LINCOLN COUNTY FAIR ASSOCIATION and BILLY BOB SHAFFER FROM SEPTEMBER 12, 2016 HEARING

THIS MATTER having come before the court on Defendant Lincoln County Fair Association's and Defendant Billy Bob Shaffer's Motion to be Excused from Hearing, all parties giving their concurrence, the Court having reviewed the pleadings and being otherwise advised in the premises, finds the motion is well taken and will be granted.

IT IS THE ORDER OF THE COURT that Defendant Lincoln County Fair Association is excused from appearing at the hearing scheduled for September 12, 2016.

IT IS SO ORDERED.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

Submitted by:
ATTORNEYS FOR LINCOLN COUNTY FAIR ASSOCIATION
And BILLY BOB SHAFFER
JulieAnne Leonard
JulieAnne H. Leonard, P.C.
1221 Mechem Dr. #1
Ruidoso, NM 88345

Page 1 of 2

16-CV-126-LAM-SMV

575.258.1070
julieanne@ruidosolaw.com

_____/s/ Leonard_____
Approved by:

| ATTORNEYS FOR PLAINTIFF: | ATTORNEYS FOR COUNTY OF LINCOLN: |
|---|---|
| J. Robert Beauvais | Brandon Huss |
| J. Robert Beauvais, P.A. | Dennis K. Wallin |
| P.O. Box 2408 | Wallin, Huss, & Mendez, LLC |
| Ruidoso, NM 88345 | PO Box 696 |
| 575.257.6321 | Moriarty, NM 87035 |
| jrblaw@windstream.net | 505.832.6363 |
| | Fax: 505.814.5805 |
| | bh@whmlawfirm.com |
| _email approval 9.7.16_ | dkw@whmlawfirm.com |
| | |
| | _email approval 9.7.16_ |
| ATTORNEYS FOR PINNACLE PROPANE: | ATTORNEYS FOR ALLEN SULTEMEIER |
| H. Brook Laskey | Jeff Ray |
| Kevin J. Banville | Deena L. Buchanan |
| McCoy Leavitt Laskey, LLC | Grieta Gilchrist |
| 1805 Rio Grande Blvd. NW, Suite 2 | Ray, McChristian & Jeans, P.C. |
| Albuquerque, NM 87104 | 6000 Uptown Blvd., NE, Suite 307 |
| 505.246.0455 | Albuquerque, NM 87110 |
| blaskey@mlllaw.com | 505.855.6000 |
| kbanville@mlllaw.com | Fax: 505.212.0448 |
| | jray@rmjfirm.com |
| | dbuchanan@rmjfirm.com |
| | ggilchrist@rmjfirm.com |
| _email approval 9.7.16_ | |
| | _email approval 9.7.16_ |