# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ORLANDO MONTES,**

     **Plaintiff,**

**v.**                                      **16-cv-0126 JCH/SMV**

**PINNACLE PROPANE, L.L.C.,**
**ALLEN SULTEMEIER, COUNTY OF LINCOLN,**
**LINCOLN COUNTY FAIR ASSOCIATION,**
**and JOHN DOES I-II,**

     **Defendants.**

## ORDER AWARDING EXPENSES

THIS MATTER is before the Court on the Affidavit of attorney Erin Rolstad, corporate counsel for the parent company of Defendant Pinnacle Propane [Doc. 166], filed on October 31, 2016. Plaintiff had filed a Motion for Discovery Sanctions [Docs. 137, 138] on September 16, 2016, which the Court denied on October 18, 2016. [Doc. 164]. The Court found that Plaintiff was not substantially justified in filing the motion and that no other circumstances would have made an award of expenses unjust. [Doc. 164] at 5. Therefore, pursuant to Fed. R. Civ. P. 36(a)(6) and 37(a)(5)(B), the Court found that Pinnacle was entitled to its reasonable expenses incurred in opposing the motion, including attorney's fees. *Id.* Attorney Rolstad timely filed her affidavit showing that Pinnacle had expended $789.86 in opposing the motion. [Doc. 166]. Plaintiff had ten days to object to the amount or reasonableness of the expenses claimed, but he has filed no objection.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff pay

Defendant Pinnacle Propane $789.86 no later than **December 5, 2016**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**