# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ORLANDO MONTES, as Personal
Representative of Viola Montes and individually,

                                    No. 2:16-cv-00126-JCH/SMV

        Plaintiff,

v.

PINNACLE PROPANE, LLC;
COUNTY OF LINCOLN, by and through its
County Commission; LINCOLN COUNTY
FAIR ASSOCIATION, a not for profit
corporation; ALLEN SULTEMEIER,
individually and as a Management Employee of
Pinnacle Propane, LLC, CHRISTOPHER
OLSON, in his capacity as a Pinnacle Propane
LLC employee and individually; ROBERT L.
SHEPPERD, individually and in his official
capacity as Lincoln County Sheriff  BILLY BOB
SCHAFER individually and in his official
capacity as President of the Lincoln County Fair
Association.

        Defendants.

## STIPULATED ORDER GRANTING MOTION TO EXTEND
## DISCOVERY DEADLINE AND TO ENLARGE THE TEN DEPOSITION LIMIT

This matter came before the Court on the Joint Motion to Extend Discovery Deadline and to Enlarge the 10 Deposition Limit. (Doc. 183). The Court, having reviewed the Joint Motion and being fully advised, concludes that good cause exists to grant the Joint Motion. The Court ORDERS that (1) an additional twelve depositions per side may be noticed, (2) the discovery deadline is extended until January 31, 2017, (3) the deadline to file motions to compel is extended until February 20, 2017, and (4) the deadline to file pretrial motions is extended until March 2, 2017. All other deadlines stated in the scheduling order (Doc. 42) remain in effect.

ORDERED BY THE COURT this 16th day of December, 2016.

_____

THE HONORABLE STEPHAN M. VIDMAR

SUBMITTED BY:

**ATTORNEYS FOR DEFENDANT PINNACLE PROPANE, LLC AND CHRISTOPHER OLSON:**

By____/s/ Kevin J. Banville___
H. Brook Laskey
Kevin J. Banville
McCoy Leavitt Laskey LLC
1803 Rio Grande Boulevard NW, Suite C
Albuquerque, New Mexico 87104
Telephone: (505) 246-0455
blaskey@MLLlaw.com
kbanville@MLLlaw.com

APPROVED AS TO FORM:

**ATTORNEY FOR PLAINTIFF:**

By: /s/ J. Robert Beauvais
J. Robert Beauvais
J. Robert Beauvais, PA
P.O. Box 2408
Ruidoso, NM  88345
575.257.6321
jrblaw@windstream.net

**ATTORNEY FOR LINCOLN COUNTY FAIR ASSOCIATION AND BILLY BOB SHAFER:**

By: /s/ JulieAnne Leonard
JulieAnne Leonard
Julieanne Hufstedler Leonard, P.C.
505 Mechem Dr.
Ruidoso, NM  88345
505.257.1010
julieanne@ruidosolaw.com

**ATTORNEYS FOR ALLEN SULTEMEIER:**

/s/ Deena L. Buchanan
Jeff Ray
Deena L. Buchanan
Grieta A. Gilchrist
Ray McChristian & Jeans PC
6000 Uptown Blvd. NE  #307
Albuquerque, NM  87110-4148
505.855.6000
dwilliams@rmjfirm.com
ggilchrist@rmjfirm.com

**ATTORNEYS FOR COUNTY OF LINCOLN
AND SHERIFF ROBERT SHEPHERD:**

By:   /s/ Dennis K. Wallin
Dennis K. Wallin
Brandon Huss
Wallin Huss & Mendez LLC
P.O. Box 696
Moriarty, NM  87035-0696
505.832.6363
bh@whmlawfirm.com